THE UNITED STATES OF AMERICA DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
—————————————————————————————————————X

Jesse S. Goldstein, Esq. (PA Supreme Court ID #46611)

      -Versus-

The Bowery Defendants:
Christian Herald Association;
D/B/A The Bowery Mission
James Winans (CEO and President);
Elizabeth Carabello, Esq.;
Julie Doe (Supervisor Bowery Mission
90 Lafayette);
Kathy Doe, Social Worker;               **VERIFIED COMPLAINT** [4]

                                                **JURY TRIAL DEMANDED**

United Health Care (cgm, OTC benefits));
Human Resources Administration (SNAP);

The NYPD Defendants:
The City of New York;
Mayor Eric Adams;
Police Commissioner
Edward  Caban;
Tao Chen 5th Precinct;
"John" Gonzalez;
"John" Kiefer;

The Trust Defendants-

---

[4] Exhibits for this Verified Complaint Are in a separate email

Peter Clateman;
Martin Goldstein,
Robert  Freedman;
Andrew Clateman;
The Saul Clateman;
Joyce Clateman;
Barton Rack

The Troy Avenue Defendants:
Abraham Niyazov, Yisroel Botnick
Fedy Jacobson;

The J.P. Morgan Chase
Defendants-Jamie Dimon;
J.P. Morgan Chase;
Martin Gruenberg,
Chairman FDIC;

The New York Law
License Defendants;
Barry Kamins;
Guy James Mangano.

━——----------------------------------------X

# VERIFICATION

I, Jesse S. Goldstein, Esq. hereby affirm under the penalty of perjury[5] all of the following.

# EXHIBITS AND TABLE OF CONTENTS

─────────────────────

[5] 28 USC 1746.

Because of emergent medical and other emergent circumstances an Exhibit List for the attached Exhibits and a aTable of Contents will be submitted tomorrow 7/25/24.

# PARTIES PERMISSIVE JOINDER FRCP 20

Federal Rule of Civil Procedure 20 Rule is clearly satisfied as there is "series of transactions or occurrences". In particular, all of the Defendants in one way or another illegally deprived Plaintiff Jesse Goldstein of his property beginning with the actions of Saul Clatemani and a Freedman in 2008 forward.

In terms of the second part of FRCP 20 common question of law and fact there clearly is a common question as to the wrongful taking of Plaintiff property and lost rights involving violations pf the same federal and state laws namely, 42 USC 1983 (Civil Rights), The Fair Housing Act TItle VIII of the Civil Rights Act of 1968, conversion and breach of fiduciary duty etc

# INTRODUCTION AND PARTIES WITH CONTACT DATA

**"There is only one Savior and one way to go to heaven. God sent His only begotten Son to deliver the world from perishing (John 3:16). There is only one true gospel of Grace:**

# Christ died for our sins, was buried and rose again to live forever (1 Corinthians)."

The Anti Defamation League (ADL) is the largest and most effective **international** organization to combat anti-semtism, bigotry an discrimination in the world, founded 1913. The  ADL began keeping statistics of antisemetic incidents 45 years ago (1979),

In the past 45 years the number of anti-semetic incidents **has never been higher than now:**

In 2023, ADL tabulated **8,873 antisemitic incidents across the United States.** This represents a 140% increase from the 3,698 incidents recorded in 2022 and according the ADL is :

*"the highest number on record since ADL began tracking antisemitic incidents in 1979. In fact, ADL tracked more incidents in 2023 than in the previous three years combined."*

-Source: U.S. Antisemitic Incidents Soared 140 percent in 2023 – Breaking All Previous Records-ADL website.

This anti-semetic hate has of course impacted New York City which has one million Jews. Indeed, ***The New York Times reported***

*"anti-Jewish incidents more than tripled in October compared with last year".*
*NYT November 10,2023, John Leland.*

This case is about anti-semitidsm. It is a central teaching of Christianity that a person must accept Jesus to go to heaven. For this reason ,Jews who can't accept Jesus as their savior will not go to heaven but go to hell.

The history of antisemitism in Christianity is long. It included the Spanish Inquisition and the Holocaust,

By way of background Plaintiff voluntarily resigned under protest from the New York bar for many reasons. This matter goes back to January 1992 at least

Two of which were that Barry Kamins had conflicts of interest, and could not in principle represent Jesse Goldstein and at the same time be a member of the Grievance Committee. He also fixed the case. Additionally, Hillel Bodek, a social worker could not in principle be appointed a court expert as he lacked the credentials according to CPL 60.55 which requires a psychiatrist or a licensed psychologist. Bodek was only a social worker. This constitutes violations of the Racketeering Influenced and Corrupt Organizations Act (RIC0) 18 USC 1961 et seq and 1964 c, 42 USC 1983 13th Amendment  (involuntary servitude, slavery), 14th Amendment Due Process and Equal Protection and New York State fraud among other things.

Plaintiff, Jesse S. Goldstein, Esq. is of course aware of specific pleading requirements as to specificity of time and place and mane requirements as to all the above causes of action as well as statute of limitations issues which will be provided in a subsequent amended Complaint.

Plaintiff Jesse Goldstein adds the above Complaint to give the Judge assigned to his case perspective on the matters herein described constitute so many legalities, corruptions and dishonesties that it can only be rationally explained that the United States Constitution 1787 ***simply does not exist***.

Plaintiff's parent's estate should have been worth at least $630,000 but for the acts Martin Goldstein, MD, Peter Clateman, Saul Clateman, Robert Freedman, Esq. Joyce Clateman

The group colluded and conspired to leave Jesse Goldstein Sarah and Howard Goldstein's caretaker penniless and homeless which they did by breaching their fiduciary duties among other things.

Additionally, this group did knowingly combine with Abaham Niyazov and Yiosoel Botnick to convert and destroy all of Plaintiff's Jesse Goldstein property at a previous residence including **life sustaining medications** Ozempic (Diabetes), Metformin (Diabetes) Lisinopril (special diabetes medication for high blood pressure) Atorvastatin (high cholesterol) his entire law book library which by itself is worth with thousands of dollars and clothing etc. in June of this year.

Their intent is to make it so impossible or as difficult as possible by rendering Plaintiff Jesse Goldstein:

1. Dead; or,

1. Homeless and

2. **Without his legal books** thus obstructing this lawsuit within the meaning of 18 USC sections 1501 et seq and also constituting the crime of obstruction of justice a RICO predicate offense.

This matter is clearly a RICO matter but because of time emergency medical issues will be fleshed out in a subsequent amended Complaint.

These startling facts are all true – and incredibly there are more.

Others also converted Jesse Golstein property from his parents estste Joyce Clateman, Barton Rack, Bonnie Rack, Susan Rack, and Eugene Moskovitz.

The Chase group through the fraudulent financial products such as synthetic collateral debt obligations "synthetic CDO's"' caused a diminution of Sarah and Howard Goldstein house from $630,000 to $$450,000 in what was called the subprime crisis.

Addition Dimon and Chase converted Jesse Goldstein's retro Social Security award of $98,455 by doing such things as having a fraudulent fraud  department and engaging in phony levy's and judgments with corrupt collection attorneys Paul Hooten and David Cohen.

The amounts involved are approximately **$10,000.**

***The most outrageous aspect to this is that Chase and all the others all knew it was exempt income.***

**CONTACT DATA**

The Defendant include the Bowery Defendants namely the Bowery Mission, James Winans President and CEO, Elizabeth Carabello Esq., Julia (or Julie) Doe (supervisor of the Bowery Mission at 90 Lafayette Street), Jane Doe (a volunteer) Kathy

Doe, a social worker for the Bowery Mission, and John Doe a staff or volunteer of the Bowery Mission. The phone number for all is 212-674-3456.

United healthcare headquarters is at  1 Pennsylvania Plaza #8, New York, NY 10119, phone number : (866) 633-2446. The address and phone number for the Human Resources Administration are **150 Greenwich St., 40th Floor New York, NY 10007** Map this. Contact ... Molly Wasow Park , DSS Commissioner. (929) 221-7315.

The New York CIty Defendants include the City of New York 212-401-0800 (phone number for Corporation Council) The New York City Defendants include the City of New York 212-401-0800 (phone number for Corporation Council),100 Church St, New York, NY 10007 the NYPD 646-610-5000, Mayor Eric Adams 311 or 212-NEW-YORK outside NYC  (a former 23 year member of the NYPD who served in Brooklyn, 100 Church St, New York, NY 10007), Police Commissioner Edward Caban **646-610-5000**, 100 Church St, New York, NY 10007 as well as Police Officers "John" Gonzalez and "John Kieffer", John Doe Supervisor, and Inspector Tao Chen Commanding Officer Of the 5th Precinct. The latter may be reached at 19 Elizabeth Street NY NY 10013 or 212-334-0711.

 FOR BARRY KAMINS HIS DE FACTO ADDRESS IS THE APPELLATE DIVISION SECOND DEP[ARTMENT BROOKLYN NY 11201, PHONEs · **Ph (718) 875-1300** SAME FOR FORMER  P.J. GUY JAMES MANGANO.

The Trust Defendants   Peter Clateman, 306 Peter Clateman 302 west 86th Street 11b 10024, phone 917-446-4062 email pclateman@Yahoo.com. Robert Freedman, Tarter Krinsky & Drogin LLP , 1350 Broadway, New York, NY 10018.

The contact data for the following is all known by Peter Clateman, Alternative Trustee for the Sarah Goldstein Trust. Martin Goldstein, MD is the trustee for the trust.

The trust was corruptly engineered by Saul Clateman Peter Clatemans father with the purpose of all the funds going to Sauk Clayton's other son Andrew Clateman.

Andrew Clateman, was an acting actor in the sense that acting was full time occupation but made no money for it well into his forties. He was supported by his parents.

Andrew Clateman was incapable of supporting himself so his father, Saul Clateman, had all the funds illegally diverted to his son Andrew Clateman.

The estate was apparently $450,000 .

Plaintiff by all legal analyses should have received the entire estate but got zero and he became homeless in 2014.

The NYPD 646-610-5000, Mayor Eric Adams 311 or 212-NEW-YORK outside NYC (a former 23 year member of the NYPD who served in Brooklyn), Police Commissioner Edward Caban **646-610-5000** , as well as Police Officers "John" Gonzalez and "John Kieffer", John Doe Supervisor, and Inspector Tao Chen Commanding Officer Of the 5th Precinct. The latter may be reached at 19 Elizabeth Street NY NY10013 or 212-334-0711

 This case unfortunately concerns anti-semitism which has reached a new height now because of the Gaza Situation involving the war between Israel and Hamas and innocent Gaza citizens Israeli and Americans.

In short, this case concerns the exclusion of a resident, Jesse Goldstein,  of the Bowery Mission which is a dwelling which houses 144 men and women. It is a faith based organization which is **supposed** to help the homeless, with a bed to sleep on, a place to shower, a kitchen to eat meals and social services with social workers to assist the residents find housing after their stay at the Bowery Mission.

The facts  of the present case make clear that the Bowery Mission did an ything ut that-they made things worse because of anti-semeitism and discrimination and

returned Plaintiff to a state of homelessness creating severe medical problems detailed below.

Through a series of thefts engineered and **which was obviously organized by the Bowery staff**, Plaintiff, Jesse Seth Goldstein, was illegally excluded based on religious reasons; details given below.

The Anti Defamation League (ADL) is the largest and most effective **international** organization to combat anti-semtism, bigotry an discrimination in the world, founded 1913. The  ADL began keeping statistics of antisemetic incidents 45 years ago (1979),

In the past 45 years the number of anti-semetic incidents **has never been higher than now:**

In 2023, ADL tabulated **8,873 antisemitic incidents across the United States.** This represents a 140% increase from the 3,698 incidents recorded in 2022 and according the ADL is :

*__"the highest number on record since ADL began tracking antisemitic incidents in 1979. In fact, ADL tracked more incidents in 2023 than in the previous three years combined."__*

-Source: U.S. Antisemitic Incidents Soared 140 percent in 2023 – Breaking All Previous Records-ADL website.

This anti-semetic hate has of course impacted New York City which has one million Jews. Indeed, ___The New York Times reported___

*__"anti-Jewish incidents more than tripled in October compared with last year".__*

*NYT November 10,2023, John Leland.*

The Bowery made a concerted effort to have Jesse Seth Goldstein banned involving a series of organized thefts by the Bowery Staff; see the specific stated facts below.

The New York CIty Defendants include the City of New York 212-401-0800 (phone number for Corporation Council), the NYPD 646-610-5000, Mayor Eric Adams 311 or 212-NEW-YORK outside NYC  (a former 23 year member of the NYPD who served in Brooklyn), Police Commissioner Edward Caban **646-610-5000** , as well as Police Officers "John" Gonzalez and "John Kieffer", John Doe Supervisor, and Inspector Tao Chen Commanding Officer Of the 5th Precinct. The latter may be reached at 19 Elizabeth Street NY NY10013 or 212-334-0711

The causes of action in this matter include the Racketeering Influenced and Corrupt Organization Act 18 USC 1961 *et seq* especially 1964c, The Fair Housing Act Title VIII section 804 and 42 United States Code § 1983 Civil Rights.

# MOTION FOR *EN PAUPERIS* RELIEF AND

# *COPPEDGE V UNITED STATES.*

Plaintiff at this time has 146 dollars, a few items of clothing, a phone and a computer and has been homeless since June 5, 2024 Therefore, Plaintiff respectfully requests *en pauperis* relief as he cannot pay the $435 filing fee.  Therefore, Plaintiff requests *en pauperis* relief from the District Court and requests that the $435 filing fee be waived.

Additionally, the controlling case here is *Coppedge v. United States*, **369 U.S. 438 (1962).**  The relevant holdings are:

"(c) The sole statutory language to guide the District Court in passing upon such an application is that "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." P. 369 U. S. 444.
Page 369 U. S. 439."

However, "(d) The requirement that an appeal *in forma pauperis* be taken "in good faith" is satisfied when the defendant (Plaintiff) seeks appellate review of any issue that is **not frivolous**. Pp. 369 U. S. 444-445 (emphasis added).

(e) When a defendant applies to a Court of Appeals for leave to proceed *in forma pauperis,* the District Court's certification that the application is not "in good faith" is **entitled to weight, but it is not conclusive**. Pp. 369 U. S. 445-446." (emphasis added).

**If it appears from the face of the papers filed in the Court of Appeals that the applicant (Plaintiff) will present issues for review which are not clearly frivolous, the Court of Appeals should grant leave to proceed in *forma pauperis,*.. 369 U. S. 446** (emphasis added).

(Such as with an interlocutory appeal pursuant to 28 USC 1292 and FRAP 5).


# <u>MOTION FOR SPECIAL SOLICITUDE</u>


It is well established in this circuit that the court is ordinarily obligated to afford a special solicitude to *pro se* litigants. *See Estelle v. Gamble*, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976); *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006); *see also McDonald v. Head Criminal Court Supervisor Officer*, 850 F.2d 121, 124 (2d Cir. 1988) ("[P]ro

se litigants may in general deserve more lenient treatment than those represented h by counsel."). The rationale underlying this rule is that a *pro se* litigant generally lacks both legal training and experience and, accordingly, is likely to forfeit important rights through inadvertence if he is not afforded some degree of protection. *See Triestman*, 470 F.3d at 475. Somewhat unsurprisingly, then, district courts within this Circuit have developed a practice of withdrawing this solicitude if a *pro se* litigant is deemed to have become generally experienced in litigation through participation in a large number of previous legal actions. *See Zimmerman v. Burge*, No. 06-cv-0176, 2008 WL 850677, at *9-*10 (N.D.N.Y. Mar. 28, 2008).

Plaintiff has not been involved in "large number of actions".Though Plaintiff is an attorney he has through no fault of his own become **homeless and living on the streets** as a result of the combined illegal and unconstitutional activities of this corrupt landlord, the Bowery Mission and the NYPD; detailed below. .

When it rains Plaintiff spends his nights on the subways and sleeps as best as he can.

Such a condition obviously places severe limitations to function as an attorney.

Secondly, Plaintiff's law library worth thousands of dollars was illegally disposed of this past June by a corrupt landlord. This matter is beyond the scope of the present Complaint but will be filed as soon as possible. Plaintiffs therefore should be granted special solicitude for this reason also.

Plaintiff respectfully submits that though special solicitude may not be granted to attorneys, the picture is essentially an **equitable concept** and there are **extraordinary circumstances** in this case which justify special solicitude.

### MOTION FOR ELECTRONIC FILING PRIVILEGES BASED ON SPECIAL SOLICITUDE

Plaintiff was unable to attend the monthly course at the SDNY on Thursday July 18, 2024 because of medical reasons which required an emergency trip to the New York Presbyterian Emergency Room at 525 York Avenue 10065 that evening. Because of serious edema, swelling in the legs due to water retention and venous insufficiency. This also caused weight gain in the amount of 30 pounds in six weeks.

The edema or water retention is caused by sleeping in the upright or sitting position. Plaintiff has been riding the Q train and has been sleeping in the sitting position which causes the water retention in the legs.

Plaintiff arrived at the emergency room at 11:10 pm on July 18, 2024 and left at 5:20 am on July 19, 2024 and got only about an hour of sleep and was not able to do much work on these papers on July 19, 2024.

As detailed below in the facts section under the title Brief Biography section Plaintiff has an extensive background in computers and computer science.

As a high school student Jesse Goldsterin during the summer of his junior he took three two credit college level courses at Brooklyn Polytech[6] in computer science. This was a special program for highly gifted New York City High school Students with strong aptitude and skills and was funded entirely by the National Science Foundation.

Jesse Goldstein was one of only two students specifically selected for this NSF program by the high school guidance counselor Lys Kiunneally out of 1100 other students.

Jesse Goldstein did not have to pay for the courses.

Jesse Goldstein received A's in each. The course titles were Systems Analysis, Computer Programing and Bioengineering and Computer Science.

_____

[6] Now called New York Polytechnic Institute.

Jesse Goldstein utilized computers extensively in college such as plotting solutions to partial differential equations in fourth semester calculus.

Jesse Goldstein utilized computers extensively in college and physics graduate school in such areas as plotting radioactive decay of radioactive elements and plotting the orbits of three bodies using only Newton's law of universal gravitation.

Jesse Goldstein won a $500 Copyright Law competition for a paper on Semiconductor Chip Protection Act (1984) which extended computer chip protection from just patent to copyright protection for computer chips which are the basic building building blocks **of all modern computers.** The computer components are limited and involve the use of quantum mechanical devices called pnp junctions which code either as a 1 or 0 (binary language) depending on how the computer is programmed.

 It is the unique arrangement of these microscopic devices that creates a copyrightable chip design.  It is this Act which launched the American and the world's computer industry into outer space and made Apple the world largest company.

Jesse Goldstein has had a PACER account in good standing for over 10 years; account number 3452605.

Therefore, as Jesse Goldstrein is an admitted Pennsylvania's attorney[7], has considerable technical background and is a person of good moral character, he respectfully requests electronic filing privileges at this time.

---

[7] Presently, is administratively suspended for non payment of yearly dues since 1992. Jesse Goldsteun voluntarily resigned under protest from the New York bar for many reasons. Two of which are that Barry Kamins had conflicts of interest, and could not in principle represent Jesse Goldstin and fixed the case. Additionally Hillel Bodek, a social worker could in  principle be appointed a court expert as he lacked the credentials according to CPL 60.55 which requires a psychiatrist or a licensed psychologist. These matters will be litigated late.r

**MOTION THAT PLAINTIFF JESSE GOLDSTEIN, ESQ. BE PERMITTED TON BRING HIS CONUTET AND HIS PHONE INTO THE COURTHOUSE.**

Jesse Goldstein is  a licensed Pennsylvania Attorney (ID #46611) and a *de facto* New York also and therefore should be allowed the privileges of being permitted to bring his computer and phone into the courthouse as there is no rational reason at this time to not permit this. Plaintiff therefore respectfully moves this Court for granting the same.

# JURISDICTION

This Honorable Court, The United States of America District Court for the Southern District of New York located at 500 Pearl St., New York, NY 10007 has jurisdiction under the **federal question** statute found in 28 United States Code §1331. In particular, Jesse Goldsterin rights have been violated by established by the Congress of the United States including

The Racketeering influenced and Corrupt Organizations Act 18 USC 1961 et seq, especially 1964c Civil RICO which authorizes a Private Attorney General. The Fair Housing Act of the Title VIII of the 1968 Civil Rights Act  § and 42 United States Code section 1983 which authorizes a civil cause of action for constitutional deprivation  violations of federal law.

# SUPPLEMENTAL JURISDICTION

This Court has jurisdiction to hear New York State claims such as state fraud and conversion under 28 USC 1367.

# VENUE[8]

The federal venue statute is found in 28 United States Code §1391 which provides in pertinent part:

"(b)Venue in General.—A civil action may be brought in—

(1)a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;"

Venue with the Southern District is correct as Eric Adams has his office located at City Hall, NY NY 10007, The Police Commissioner Edward Caban has his Office at One Police NY NY 10007, and Commanding Officer 5th Precinct NYPD Tao Chen has his office at the 5th Precinct,19 Elizabeth Street as do officers Gonzalez and Kiefer, who are under his command at the Fifth Precinct.

Therefore, this Court's judicial district is correct under 28 USC §1391.

---

[8] Plaintiff for the record vigorously objects to the illegal transfers of previous cases for venue by former Chief Judge Preska who illegally transferred my cases against the Human Resources Administration and the Department of Social Services from the Southern District to the  Eastern District, both of which went to the new Chief Judge Dora Irizarry, who received an  "Unqualified" Rating by American Bar Association" and on occasions would **throw objects** at lawyers who disagreed with her. Additionally, Preska had a committee of lawyers who read her pro se cases and rendered an opinion therefore , creating the inference that Preska illegally delegated her Chief Judge re[responsibilities. Indeed, "Preska" in one "her"opinions said that an amendment to RICO count would be frivolous and dismissed the complaint, though this obviously was not the case.Though the most dishonest thing that Preska did was to deliberately **only partially cite** Coppedge and would leave out the part that the District Judge's decision as to en pauperis relief is only accorded some **weight** but it is **not conclusive**. Pereska 's illegal and unconstitutional actions in no small way extended my first period of homelessness by years.

# <u>MOTIONS FOR EXPEDITED SUBPOENAS RECORDS PRIOR TO THE PRELIMINARY INJUNCTION HEARING</u>

**AS TO J.P. MORGAN AND FDIC CHAIRMAN DEFENDANTS**Plaintiff moves for expedited and expedited subpoena duces tecum for the production of all four of his secured checking account statements in their entirety as Defendant Chase made them unavailable immediately after he notified Chase and others that there were no judgements regarding Discover and Advanced Oxi and  one or more Chase employees had been bribed in the Chase Judgement and Levy department in Monroe Louisiana.

Additionally, Plaintiff requests that a subpoena b issued for the production of all records and Chase recordings relating to Plaintiff;s fraud requests with respect to all charges which Plaintiff objected with respect to his debit cards and secured checking accounts.

Plaintiff made several attempts and spent considerable amounts of time to get these retards to no avail as it is obvious that Chase wanted to conceal these illegal acts and crimes.

Furthermore, Plaintiff moves for an expedited subpoena for a tape recording he made with a female member of Paul Hooten's collection firm Firm regarding the fraudulent Advanced-Oxi debt for a used $200 sleep apnea machine which he bribed one or more Chase employees about a non-existing judgment for about $3,000 wherein

he informed her that **all the funds were social security exempt funds**.  Moreover, Mr.
Hooten's employee stated that the debt was exempt from collection activity  because of
legislation that banned collection activity regarding medical expenses.


### AS TO THE BOWERY AND NYPD DEFENDANTS

Plaintiff moves for the following motions on an expedited basis as preparation for
the preliminary injunction hearing:

1. All records regarding plaintiff's multi month stay at the previous
   Rescue Mission at 90 Lafayette Street NY NY 10013, now the
   Bowery Mission. The Bowery legally merged with the Rescue
   Mission in 2017. Plaintiff stayed at the Rescue Mission overnight
   continuously for a period of several uneventful months.
   The stay was the same. You could stay for seven straight nights.
   If you wanted another seven nights you had to win a lottery.
   I won the lottery over a dozen times straight because based on
   being a well behaved resident of the Rescue Mission and no
   criminal record or convictions. As pointed out above I have a Juris
   Doctorate.


2. Similarly I stayed at the Bowery at 227 Bowery many nighgts during
cold blue weather (Below 32 degrees)

**In neither place there were no incidents and of course I was never asked to leave or received "a restriction" or permanent lifetime ban after only three nights where  each night my property was stolen in increasing seriousness and value.**

3. The body camera footage by PO Gonzalez PO Kiefer and wherein, among other things, Jesse Goldstein, Esq told them he was an attorney and informed them of the Multiple Dwelling Law, the NYC  Administrative Code sections 26-251 through 259 which provide that what  happened was and is a continuing criminal offense.

*I also point out that they also conversed with their supervisor in their police car out of my earshot and came out and told me to  "go to court" .*

–Which is exactly what I am doing –except instead of landlord tenant I am taking these two police officers and others to federal court for being above the law and not obeying their oath to enforce the laws of the United State and the United States Constitution, the laws of the State of New York (such as the Multiple Dwelling Law and the laws of the City of New York (such as the NYC Administrative Code section, cited above

# FACTS

## A. Brief Biography

I was an honors student at John Adams high school while playing sports at the SAME time. I was the quarterback and captain of the football team. I was also a member of the National Honor Society. I was also accepted into a National Science Foundation program for high school students where I went to Brooklyn Polytech, now the NY Polytechnic institute. I earned six college credits in bioengineering, computer programming and system analysis as a high school junior. I also received a Regents Scholarship which paid for most of my tuition at SUNY- BInghamton (1980 BA with Honors). At Binghamton I was a Physics and Philosophy major where I had a 3.7 G.P.A. I was also on the Academic Honesty Committee and The Academic Standards Committee.

After graduation I was accepted into Oxford University (Linacre, College Phd. Philosophy, the University of Michigan (Physics PhD.) and The University of Chicago because I had a background in physics and philosophy I could have gotten into any Philosophy PhD program in the world.

Philosophy of physics involves the philosophical subject of metaphysics which can be merged with physics. For example, philosophers such as David Hume and Immanuel Kant tried to understand the concept of causation, i.e., what is it to say that one thing causes another. This subject also occupied the "Gods" of physics such as Newton and Einstein whose theories contained a deterministic view of the universe in contrast to the generally accepted view by modern physicists that the universe is not deterministic but probabilistic.

For example, in the game of billiards if you hit the white cue ball into the black eight ball in a deterministic universe there can be only **one result**. However, in a probabilistic universe, there are **many** possibilities each which have only a **probability.**

For example, instead of the black eight ball just going straight up, it can go up off the table, to the right and even "tunnel:" through the wall in the room, each of which having a real probability of outcome.

The phenomena of huge rogue waves has been explained this way.  As the rogue wave arises from the accumulation of low probability events. Many large ships which have been sunk have encountered and not survived such rogue waves.

I went to George Washington law school and received a J.D. and won a national copyright competition cash prize $500 (1985); ("The Semiconductor Chip Protection Act (1984)" which extended copyright to computer chip designs which previously had only been protected by patents.).

The Court might ask "If Jesse Goldstein can get into any Philosophy PhD program in the world, like Oxford,why didn't he get into a better law school than George Washington?"

The answer is that Jesse Goldstein did not take the Kaplan LSAT review course, an extremely popular review course at that time which claimed that it could boost your LSAT score by 50 points or more.

Jesse Goldstein was really not interested in the practice of law at that time, 1982, but was interested in becoming a philosophy professor. However, the job market in American Universities was so dismal because the baby boomers had enlarged the demand so much that when the baby boomer generation ended the Universities were swelled with professors and there was no need to hire mre.

Hence, Plaintiff thought it was best to go elsewhere so he went to law school.

So on the test he saw a logical reasoning section which he thought he could get 100% right if he took review courses like everybody so he decided to take the LSAT again and take Kaplan. On the test he just filled in the answer "B" for all the questions.likely getting 80-90 per cent of the questions wrong.

As it turns out Jesse Goldstein got a respectable score anyway 649 and decided not to take the LSAT again and went to George Washiongton

Two years later at George Washington Law he spoke to a classmate who taught the LSAT Kaplan review course and he told Jesse Goldstein that "since you only answered five out

of the six sections and if you took the Kaplan Review Course and answered all six sections you would have gotten over 700, maybe even 750."

Therefore, with my 3.7 GPA and a M.A. from the University of Chicago 3.66 GPA the best law schools would have been realistic like Harvard and Yale.

While at George Washington law school I worked for the best and largest intellectual property firms such as Beveridge, Degrandi and Kline and  was the highest paid law clerk, including those at GeorgeTown. I worked on such technologies as supersonic aircraft patents (Air France), genetic engineering (Cold Spring Harbor and the University Of California), the United States Olympic Committee (the five ring trademark),,Coca Cola (trademark litigation) and semiconductor patents for Samsung and Intel.

Nevertheless, because of my two unique degrees in two physics law school graduates and also from a top 20 law school.in my third year of law school I was flown all over the country by law firms for interviews from Boston to Los Angeles.

I was **the highest paid law school graduate out of 120,000 graduates in 1986, which was $42,000 in 1986 but would be $225,000 today.**


# B. PLAINTIFF'S RECENT HISTORY PRIOR TO THIS LAWSUIT AND ESCAPE FROM THE "THE SLUMLORDS"-- SERVICES FOR THE UNDERSERVED (SUS)"; JAMIE DIMON (CEO AND PRESIDENT) AND J.P. MORGAN CHASE.

On October 3, 2023 Plaintiff, acting pro se prevailed in limited manner a case with the Social Security Administration and received an award of $98,455 following a previous award of $25,000 for retro or back benefits from 2002-2021.

On October 3, 2023 Plaintiff acting pro se prevailed in a case with the Social Security Administration and received an award of $98,455 see Exhibit 3 following a previous award of $25,000 for retro or back benefits from 2002-2015.

Plaintiff also received $14,600 in SSDI/Retirement benefits in 2023. As these funds were all tax exempt to have this amount of funds and be taxed under federal and state tax laws Plaintiff had **an income in 2023 of $167,000.**

# The point of this is that Plaintiff, Jesse S. Goldstein, Esq. is not your typical en pauperis pro se litigant.

Previously, Plaintiff had received an award of approximately $25,000 plus some incidental payments of about $6,000 in 2020 and January 2021.Therefore the total partial award was approximately $31,000 and the combined total was approximately $128,000

On November 5, 2023 Plaintiff because of new financial freedom left a corrupt supporting agency called Services for the Underserved (SUS), 463 7th Avenue, 17th Floor, New NY 100018. 212- 633-6900.

The Social Security matter is far from over and Plaintiff **did not settle** this matter. A Plaintiff had communicated that the funds were stolen using a government issued PIN by a SSA manager.

Without going into all the details. Plaintiff requested a reconsideration of back or retro benefits from 2002 through 2015.  Just a few of the activities which indicate

serious criminal activity including mail fraud, wire fraud, RICO violations include the fact that my request for the $98,455 went to the local office in Brooklyn, then without my permission or request was sent to the National Appeals Council in Falls Church Virginia. Though they were informed there was no request or reason to appeal the favorable decision of the ALJ Barabara Dunn, they **reviewed it anyway[9].**

Then they said there was no SSDI application in 2002 . However, there was on August 15, 2002 a SSDI application was filed **and a local SSA employee named Mr. Arango who confirmed the SSDI filing back then which I recorded.**

I sent Judge Dunn demand letter in September of 2022 and the funds were deposited into my account on October 3, 2023. Letter with numerous exhibits available upon request.

As the funds were stolen pursuant to a RICO scheme and Civil Rights violations  I was delayed from leaving SUS by a year and a half. This caused additional compensatory and punitive damages as well and additionally the delay obstructed and other litigations such as lawsuit regarding Plaintiff's NY and PA law licenses and related thereto and my case against the corrupt landlord above.

The scope of this corruption and Social Security is **absolutely mind-boggling.** There are three levels to the national Social Security system. Firstly, there is the local office which receives and processes the initial claim. Secondly, above that is the regional appeals process, which includes the administrative law judges. In my case, the administrative law judge reviewed a denied and manifestly valid claim request by the local office and awarded SSDI benefits, and because of corrupt reasons, the matter

---

[9] Though the National Appeals Council has limited authority to review a favorable ALJ decision theory must do so within 60 days of the vision. In my case they reviewed it **over a year later.**

went to level three which was a national Appeals Council all church Virginia. All three levels are involved in this case involving numerous government employees which could perhaps be as many as 15 defendants and believe that ***seeking $100 million in punitive damages is justified to bring attention, punish and correct the entire US National 1.2 Trillion social Security System (yes that's with a 't').***

Further details are beyond the scope, time and resources of this Complaint and will be  **Plaintiff was a resident with SUS for over five and a half years –June 11, 2018 till November 5, 2023.**

"THE SLUMLORDS", a racketeering landlord if there enterprise was one, engaged in the the three typical practices of landlords which include: illegal; rent overcharges, grotesquely invalid maintenance below standards established by New York State Real Property Law, Real Property Proceedings and the Administration Code of New York, and intimidation tactics to pto prevent complaints regarding the first two including "Gaslighting".

Plaintiff was dissatisfied with the fraud services of his two previous banks Banl of America and Apple Savings Bank. Bank of America was impossible to reach by phone.. There were long wait times of up to an hour. The Apple Savings bank fraud dep[artment was simply non-existent.

Plaintiff then consulted Forbes which stated that Chase had the best fraud department of all the big banks, so plaintiff switched his social security direct deposit to JP Chase Morgan.

Chase stated on their website that if you are "dissatisfied" Chase would reverse the charges and the charge would be removed from your debit card; See Exhibit 4.ck xxx on google file

When Plaintiff escaped from the toxic environment of SUS he stayed in hotels which engaged in illegal RICO practices including routinely and systematically illegally retaining or keeping security deposits worth at least $7,500.

For example, the Pod Hotel of Brooklyn charged $50 a night. I was there for 50 days which comes to $2500. Another hotel, the Penny Hotel charged $75 a night. I was there for 28 days and no security deposits were returned.  I made requests by phone and by email and they were for the return of the security deposits and they were not returned.

As  a major part of my apartment search strategy I detrimentally relied on Forbes' recommendation that Chase is the best big bank for fraud. Forbes rated Chase number four as the best banks for fraud out of 100.

Plaintiff turned to his bank J.P. Morgan Chase which was recommended by Forbes magazine as the best large bank for fraud complaints.

However, Chase's fraud department is **fraudulent**. They would make believe that the representative was from India with an Indian accent but  he was really from Texas when reps phone number was investigated,

Many times after a hour of waiting and explaining the security deposit fraud to somebody like in the Philippines or Mexico City the representative would say the charges will be reversed but on the website it would be the opposite it world say that for a non return of security deposits of $1500 it would say something like "vendor never

received the item to be returned for refund" as if I was returning an item from Amazon and not a refund from hotel security deposits and transferred by Chase as all income came from Social Security which was **exempt and there were no such judgements. The amounts involved are approximately $10,000.\**

In fact, they have a fraudulent fraud department and the engage in RICO violations.

But this is just the tip of the iceberg **in their judgment and levy department in Monroe Louisiana** there were two two fraudulent judgments where funds were illegally seized by Chase.

Firstly, as all my funds were derived from Social Security they were exempt from such judgements.

Secondly, I demanded from Chase proof of an actual judgment by a judge and never got one for either judgment.

Indeed, there was no way for the alleged creditors to find my funds unless the Chase judgment and levy department was corrupt with the corrupt collection attorneys, Paul Hooten and David Cohen, both of New York.

The amount of time from when I got the funds was far too short for the use of necessary legal processes like an informational subpoena.

It then became clear that the above collection attorneys were bringing the Chase employees in the judgment and levy department in Monroe, Louisiana. The amounts that Hootten seized and actually got from Chase were **significantly less** than the amounts held by Chase which were removed from my available balance that was transferred to him which means that the Chase employees inMonroe Louisiana received a bribe.

When I reported the bribe to the Chase fraud department about the bribes  in Texas the Chase fraud department went  into high gear trying to make Jesse Goldstein look bad by fraudulently making fraudulent fraud claims.

The fraud department reversed a charge for over $1300 for the Pod Hotel in Williamsburg Brooklyn and burglarized my safe,and hacked into guest computers,reported and the hotel manager and the engineer vandalized my room to facilitate a fraud

The reverse charge is fraudulent as I informed Chase that my **four** debit cards were stolen out of my room safe and they hacked into guests computers and that I left there for another hotel in Williamsburg called the Hoxton because I tried to make two reservations with the POD **which they canceled fraudulently saying that I canceled but it was really them.**

**The  POD wanted me to leave because I sent the emails about the vandalism, the burglaries and the computer hacking to the NYPD and the FBI.**

Indeed, it would be absurd for me to stay at two hotels in Williamsburg at the same time.

Then incredibly, Chase reversed the temporary credit charges immediately in retaliation after I complained about the bribery and in their Monroe, Louisiana Judgment and Levy department,

Furthermore,  I then attempted **to close all my accounts by sending an email to their chief counsel but the email address did not work.**

# C.    THE FACTS OF THE PRESENT LAWSUIT-THE BOWERY MISSION

Plaintiff was discharged from Brooklyn Methodist-New York Presbyterian Hospital at 506 6th Avenue 11215 Brooklyn NY after not being able to sleep the night before. Plaintiff had rashes on his thighs and buttocks. The hospital treated him with an anti-fungal cream and he was released at 12:15 pm on June 15, 2024.

Plaintiff arrived at the Bowery Mission at 90 Lafayette NY NY 10013 at about two pm  on June 15, 2024 seeking housing assistance, seeking a bed, a shower, meals, laundry assistance, mail assistance, clothing referrals etc.

Plaintiff stayed that night June 15th  at the Bowery Mission on the third floor, bed 28. On this first night there, Saturday June 15th, Plaintiff's **towel was stolen** from his bed. Plaintiff went to speak to the only Bowery employee on the third floor "Ernie". Ernie is a black male, five feet eight, about 50-60 years old, average build. I asked him for a towel and he gave me a really tiny one.

 *I wondered why?*

On the second night, on Sunday June 16, 2024, strangely, Ernie seemed to be watching me only, and told me to take a shower **now** even though there was plenty of time left to do so. Again, there was something missing that night. **This time there was only a tiny towel and one sheet.**

Again, on the third night Monday June 17, 2024 **the entire package that each residentv is supplied with on their bed of two sheets and a towel were all missing.**

Following my third night sleeping at the Bowery Mission, Tuesday June 18, 2024 at 11:30 am I was in Manhattan in a courtyard on 59th Street in front of a large office building in Manhattan. This building is above the (flagship_) **Apple Fifth Avenue store**

which is below street level. I began getting ready to go into the Apple store to charge my iPhone 12 Pro Max and my brand new 2024 Macbook Pro. When I looked into my Samsonite computer ***my wallet was gone.***

**I went into a state of total shock!!!**

It was with great difficulty and it took six months getting my New York State driver's license ID.

The night before I checked how much money I had on me **and there was $141 in cash in the wallet.**

***After I realized that the wallet was stolen I had no cash or ebt card for food stamps or even my one-half fare reduced metro senior Metro Card.***

**My insurance card with United Health Care was also gone which I use to buy special diabetes underwear and food. This card provides me with a food benefit of $193 a month**

My Bowery photo ID and my Bowery bed assignment for June 15th to June 22nd were no longer in my possession.

This theft of several valuable items also delayed this Omnibus Emergency Motion as I had to now recover the stolen IDs and figure out how to live without cash or Food stamps, $292 a month my United Health Care OTC card which also has $192 for food every month.

**Plaintiff immediately at that time began and made several frantic calls to the Bowery Mission.**

First, he spoke to a **social worker** about housing which the Bowery said can assist him with. This person said she was also a "Julie". Plaintiff informed Julie that his wallet and its contents were stolen. She said she could do nothing about it. But wanted to speak to Plaintiff about housing and **extended Plaintiff's bed to July 1, 2024** for an appointment on July 1, 2024 at 3 pm.

Plaintiff's stay was now extended **eight more days** beyond June 22, 2024.

At the appointment there would undoubtedly be a discussion of health issues (like special medical needs, i.e. the diabetes medication injectable semaglutide[10] (2.0 mg) that needs to be refrigerated between 46 degrees[11] and 83[12] degrees fahrenheit. Semaglutide, also known as Ozempic, costs $1240 a month. Also discussed would be finances and locations of transitional housing programs,

This process could take two months or longer as lengthy applications for transitional housing had to be filled out and submitted to various transitional programs which had openings.  Then interviews would have to be arranged and completed. Then upon selection of a program,  financial arrangements would have to be made and put in place, such as Social Security benefits like SSI or SSDI with payments directed to a representative payee or the housing program. **This can take two months for just this part; see the delay of Plaintiff's retro benefit case above.**

Beds or stays at the Bowery are **seven days** only but can be extended by staff or through "Stand by'--by which stays are available if there are empty beds.

---

[10]

[11] 7.7 degrees Celsius.

[12] 28.3 degrees Celsius.

Immediately following this call Plaintiff then again called the Bowery and spoke to a different person which appeared to have a distinctly different voice then the first person I spoke to.

She stated she was the "supervisor".

Plaintiff informed her that in addition to the theft of the wallet there had been thefts for each of three nights I was there as stated above.

I had other legal equipment which I was using for my planned lawsuits in the Southern District including an iphone and a Macbook Pro which were worth $3500.

Plaintiff asked if he could have his bed and floor changed because his Bed 28 on the third floor was not safe thinking that one or more residents **near him** took the wallet and the other items.

She said "No!".

Plaintiff again identified himself as an "attorney" and informed her that the Bowery Mission has a duty or obligation "not to be negligent" with respect to each resident's safety and their property and that The Bowery Mission under New York law "must **exercise reasonable care".**

 Indeed, as I explained in further detail, as a supervisor she was negligent as there was only one old man "Ernie" on a floor of 44 "men". There should have been at least four more. This would provide a ten to one ratio. Additionally, contrary to what Jesse Goldstein has seen before at other shelters like the Bowery Residents Committee

which had closed circuit TV cameras to observe criminal behavior in  "dorms" which is where the residents "hang out"do rugs, fight etc – and stop it.

She then became upset and screamed "we are not responsible for your property".

I told her "that is not the law".

Then she hung up.

I called back immediately, and asked to speak to "Julie, the supervisor.'

Another person said she "is not available and will not be available till 2 pm.', probably some volunteer

I asked her to have "Julie the supervisor" call me back after 2 pm.

She said she would, and the person answering the phone said she was a "volunteer".

**I asked her what Julie 's last name was and she said "I don't know".**

She obviously lied and was covering for complaints and misconduct by Julie and the Bowery Mission as Julie the supervisor **is her boss as well.**

I then said the Bowery Christian Mission are **"hypocrites"** because they really don't care about **stealing** and it says in the **10 Commandments**  "Thou shall not steal" (Eighth Commandment) and the "Bowery Mission cannot be negligent when it comes to the safety of their guests' property."

**She hung up.**

This was the "insult" which I would describe as a legitimate complaint

As it was not safe for me to return to the Bowery, I did not come back to the Bowery by 5 pm to keep my bed.

Then at exactly "6:46" pm–**after the 5 pm deadline** to keep my bed I received a truly **bizarre** phone call,

 It was from someone named Kathy who said "**we"found" your wallet**"

I asked her "where"?

She said she "didn't know".

I asked "who found it?"

She again said she "didn't know"

As I was still at the Apple Store in midtown I told her I could  get down there in about 45 minutes.

She said a guy named "Keith has it, talk to him"

I got to the Bowery at 90 Lafayette around 7 pm . I rang the bell and a male black answered and told him "keith has my wallet".

He said he would get it.

**I waited thirty minutes in front of the building.**

**Then a heavy set black man about six three came to the door and gave me my wallet. There was only $14 in cash left. $127 dollars was stolen and my EBT food stamps card was also stolen.**

I asked him, 'Do I still have my bed?'

He said, "no, you had to be here by 5 pm."

From then to now I have been homeless "living on the streets" and either sleeping on the benches on Prospect Park Brooklyn or on the Q train while working on this lawsuit at the Brooklyn Central Library which is adjacent to Prospect Park.

During the few days I was at Bowery Mission I changed my pharmacy arrangements with my primary care doctor Erik Jonathan Lagnese add contact data to the Duane Reade Pharmacy at 225 Lafayette about a half mile from the Bowery Mission

returned to that part of SOHO where the Bowery Mission is to pick up a prescription for high blood pressure from the Duane Reade Pharmacy at 225 Lafayette NY NY 100

While waiting online at the pharmacy I overheard someone say that the "Bowery Mission was serving lunch".

Jesse Goldstein went to the Bowery Mission and asked if he could come in and and have just luck and he was told

**"You are restricted and cannot come to the Bowery Missionbecause you insulted a staff member"**

**–by an obese black woman who identified herself as "Julie the supervisor."**

# VIOLATIONS OF LAW

# SPECIAL ARGUMENTS TO SHOW IT WAS THE BOWERY MISSION STAFF THAT STOLE THE WALLET TO EXCLUDE JESSE GOLDSTEIN AND WHY IT WAS NOT STOLEN OR LEFT BEHIND BY PLAINTIFF JESSE GOLDSTEIN, ESQ.

1. New York is a sanctuary where many illegal immigrants flee to escape criminal prosecution like murderers and rapists. During the Biden administration alone **over 11 million illegal aliens seeking "asylum" have entered the country illegally through its southern border with Mexico**. At the Bowery Mission the majority of the residents were short or small Hispanics and there was even a sign about help with asylum seeking.

Therefore, it is absurd to think that this band of many criminals would GIVE BACK the wallet to the Bowery

# Mission with ***cash and valuable documents still in it.***

This includes a valid New York State DMV ID, a senior ½ fare Metro refillable card which anybody can use as the photo is never checked by the MTA. At that time there was also a **valuable United Healthcare membership and benefits card worth $193 a month which anyone can use and has no photo of Jesse Goldstein on it.**

**Hence, the only rational conclusion is that the Bowery Staff did it intentionally to evict and exclude permanently Jesse Goldstein, a Jew.**

2.  The timing of the events strongly supports the above conclusion. Firstly, Jesse Goldstein left the Bowery Mission onJune 18 at about 8:30 am and went uptown to charge his phone and computer at the Apple Store on 59th Street.

The wallet was noticed to have been stolen around 11;:30 am.

At exact;y 6;46 pm, seven hours later Jesse Goldstein received a totally bizarre phone call from "Kathy" Doe, a social worker.

Then at exactly "6:46" pm–**after the 5 pm deadline** to keep my bed I received a truly **bizarre** phone call,

It was from someone named Kathy who said "**we"found" your wallet**"

I asked her "where"?

She said she "didn't know".

I asked "who found it?"

She again said she "didn't know"

As I was still at the Apple Store in midtown I told her I could get down there in about 45 minutes.

She said a guy named "Keith has it, talk to him"

I got to the Bowery at 90 Lafayette around 7 pm . I rang the bell and a male black answered and told him "Keith has my wallet".

He said he would get it.

**I waited thirty minutes in front of the building.**

**Then a heavy set black man about six three came to the door and gave me my wallet. There was only $14 in cash left. $127 dollars was stolen and my EBT food stamps card was also stolen.**

I asked him, 'Do I still have my bed?'

He said, "no, you had to be here by 5 pm."

From then to now I have been homeless "living on the streets" and either sleeping on the benches on Prospect Park Brooklyn or on the Q train while working on this lawsuit at the Brooklyn Central Library which is adjacent to Prospect Park.

These facts also strongly lead to the conclusion that the wallet was stolen by the Bowery staff with the missing items stolen a**nd not by the residents who found it and returned it.**

To keep your bed you have to be back at the Bowery by **5 pm or sooner**. It is possible that a resident could go downstairs to the cafeteria and have dinner without being checked on.  Dinner ends at 6:30 pm. The call about  the fund wallet came only 16 minutes later.

This way when Plaintiff came back to get the wallet he lost his bed.

3. The fake insult surely does not drive a permanent ban especially in as much as the Bowery Mission is responsible for Plaintiff's property under a negligence standard.

Such draconian, extremely severe and totally unjustified based on the facts herein –and more importantly, as **evidenced by Jesse Goldstein's model behavior** (subpoena requested) when he was at the predecessor Rescue Mission for over 100 days **AND** a regular guest at the predecessor Bowery soup kitchen at 227 Bowery with overnight stays during code Blue nights.

Additionally the cruel and unjust punishment that the Bowery meted out -with no appeal **is inconsistent with the New Testament and Christian Theology.**

A.  Ephesians 4:31-32: "Let all bitterness and wrath and anger and clamor and slander be put away from you, with all malice, and be kind to one another, tenderhearted, forgiving one another, a**s God in Christ forgave you."**

B.  Colossians 3:12-13: **"As the Lord has forgiven you, so you also must forgive."**

While Plaintiff was studying at The University of Chicago he hang for being with many Christisn theology students studying to be priests and academics and he heard them say something like below:

A visiting professor at my alma mater ünter Thomas / Ruhr-University Bochum / Faculty for Protestant TheologyProf. Dr. Dr. Gunter Thomas (in cooperation with Heike Springhart and Markus Höfner) stated on the subjects of "Forgiveness and Reconciliation":

"

The religious imagination regarding the day of judgment might be in need of deep revisions in order to conceive the Christian religion as a religion of grace and forgiveness. _**So the idea and the practice of forgiveness and reconciliation as a technique of enhancing life is deeply connected with the grammar of Christian life and thought as well as social life in the 21st century.**_

# C. BAN ON SHORT TERM RENTALS

## 1. BAN ON SHORT TERM RENTALS

Plaintiff recalled certain laws regarding illegal evictions and called 911.

In particular, on November 4, 2022  **the New York City Mayor's Office of Special Enforcement (OSE) adopted a ban on short term rentals in NYC:**

"Short term rentals of dwelling units **(rental for less than 30 days) are prohibited** by the Multiple Dwelling Law (MDL), the Housing Maintenance Code.

The Bowery Mission has three floors for residents, two for men and one for women. Under the MDL it is classified as a "Class A dwelling".

None of the Bowery owners lived with the Plaintiff or the other 144 residents, There were only employees present for only limited amounts of time.

Therefore, based on the above prohibition on rentals which are less than 30 days the Bowery Mission illegally evicted me for being Jewish. This also being an A

misdemeanor - a crime under New York City Administrative Code Section 251-253 which provides in pertinent part:

   a.   It shall be unlawful for any person to evict or attempt to evict an occupant of a dwelling unit who has lawfully occupied the dwelling unit for thirty consecutive days or longer **or who has entered into a lease with respect to such dwelling unit** or has made a request for a lease for such dwelling unit pursuant to the hotel stabilization provisions of the rent stabilization law except to the extent permitted by law pursuant to a warrant of eviction or other order of a court of competent jurisdiction or a governmental vacate order by: (emphasis added).

   (1)   using or threatening the use of force to induce the occupant to vacate the dwelling unit; or

   (2)   engaging in a course of conduct which interferes with or is intended to interfere with or disturb the comfort, repose, peace or quiet of such occupant in the use or occupancy of the dwelling unit, to induce the occupant to vacate the dwelling unit including, but not limited to, the interruption or discontinuance of essential services…

   Therefore, even though there was no rent paid by the Plaintiff it is submitted that the Mayor's rule applies because of the turmoil involved in short stays which does not remedy the underlying homeless problem which takes longer to cure. This being at least two months or more based on Plaintiff's experiences. It is submitted that the term "occupant" not rent payer or tenant in the transitional sense is used. Hence, it is submitted that Jesse Goldstein was at least an occupant and therefore entitled to the protection of the Mayor's 30 day rule.

## 2. DETRIMENTAL RELIANCE PROMISSORY ESTOPPEL

Plaintiff also observes that the Christian Herald Association D/B/A as the Bowery Mission made several promises to which plaintiff Jesse Goldstein detrimentally relied upon. These representations and promises **are therefore fully enforceable for the breach which requires equitable relief and legal damages; see Pasternack v. Laboratory Corp., 27 NY 3d 817 - NY: Court of Appeals 2016**

As stated above The Christian Herald Association promised Plaintiff shelter from the weather, a bed, meals, showers, referral for clothing, mail assistance , laundry assistance for realistically a period of well over a month to complete the assistance promised.

They did none of this.

Again, Christian Herald Association violated the criminal NYC Admin code section 26-253 and RPA section 853 requiring treble damages for each day locked out.

## C.  THIRD PARTY BENEFICIARY --ANALYSIS

In _Stagen v. Neu_, 2023 N.Y. Slip Op. 06105 (1st Dept. Nov. 28, 2023) the First Department upheld and utilized the concept of the **third party beneficiary**. The court recognized that in an agreement between two parties there can be an intended beneficiary.

The Bowery got its funding for Plaintiff''s stay at the Bowery from "private funders". From Googling "Who funds the Bowery Mission at 90 Lafayette" the hit obtained is:

"Christian Herald Association, Inc., DBA The Bowery Mission, which is a 501(c)(3) nonprofit charity. All programs and services are supported by private, tax-deductible donations."

Plaintiff had an initial agreement to stay at the Bowery for **at least seven days** from June 15-June 22, 2024.

As pointed out above in the facts section this was **extended to July 1, 2024** for the appointment with the social worker. Similarly, as stated in the above facts section, as a matter of practical necessity it would take months further to consummate the selection and move to transitional housing.

Hence, Plaintiff had a **lease contract with the Bowery Mission** as a third party paid for intended beneficiary by the funders and donors and it was illegally terminated by the Bowery when they refused to let Jesse Goldstein into the building as legitimately complaining about Plaintiff's stolen wallet. Hence, viewed from the perspective of the net contribution of the fuseres and donors Plaintiff had an enforceable lease contract with Herald Christian Association –which they intentionally breached.

As to the illegality of this lockout it is a forceful lockout as there were indeed locks to bar Jesse Goldstein from entering the building. This violates section 2 above,

Such an illegal lockout violates both the NYC AdminCode sections 26-251-259 and  is in fact a crime subjecting the Bowery to treble damages for each day RPA §853 of the illegal eviction.

**Again, Christian Herald Association violated the criminal NYC Admin code section 26-253 and RPA section 853 requiring treble damages for each day locked out.**

# FAIR HOUSING ACT

The Fair Housing Act is codified in Title VIII of the Civil Rights Act of 1968.

Section 804 (a) provides:

"a) To refuse to sell or rent after the making of a bona fide offer, or to refuse to negotiate for the sale or rental of, **or otherwise make unavailable or deny, a dwelling to any person because of race, color, religion, sex, familial status, or national origin…** (emphasis added). "

The above incorporated facts make it clear that Plaintiff was discriminated against because of his religion-Jewish both in terms of residing at the Bowery and with respect to their assistance to find housing after the Bowery.  Again, Plaintiff has a highly recognizable Jewish names– "Jesse" and "Seth" Goldstein- all names which Jews find in the five books of Moses, the Pentateuch or as Christians describe otg the Old Testament before the birth of Jesus. "Goldstein" a  common name in America of German American Jews who came here because of the murder of Jews in Germany during the Holocaust

The Fair Housing Act authorizes both compensatory damages and punitive

damages which can be many many times punitive in the sound discretion of the jury.

# NEW YORK CITY POLICE OFFICERS DEPARTMENT AND ITS MANAGEMENT

## <u>FACTS</u>

As stated above Plaintiff slept on benches in Prospect Park Brooklyn and rode

the Q train Plaintiff had to pick up a prescription at his pharmacy at 225 Lafayette Street

in SOHO. He learned that the Bowery was providing lunch that he was banned for life'

Plaintiff informed the police of the Mayor rule that all rentals had to be at least

thirty days above and to remove someone the landlord had to take the person to Court.

Such a violation is an A Mismidemesanor under the NYC Administrative Code, section

26-253.

The police were completely uninterested and would not allow me to explain the l;aw

to them even though I identified myself as an attorney.

PO Gonzalez asked me if I wanted to make a "report about the money"

I asked 'are you going to investigate inside the Bowery ?

He said "no"

So I said "there is no point" and I said "No".

They drove away.

**Jesse Goldstein, Plaintiff, has a five minute secretly made video with audio recording that he made of this encounter which he made with his iPhone 12 pro max. Plaintiff has spoken to the *pro se* clerk who has informed him that he can submit a copy of this recording on a USB drive and Jesse Goldstein will do so when he has the funds to do so.**

## VIOLATIONS OF 42 USC 1983 CIVIL RIGHTS

Now turning to the police and 1983. Firstly they acted under color law as members of the NYPD

They deprived Plaintiff's right to his bed and Bowery services without due process of law under the 14th Amendment by not investigating the crime of an illegal lockout as prohibited by the NYC- Admin code 26-253.

Additionally, the police also violated Plaintiff's equal protection right under the 14th Amendment as the NYPD has indeed made "39 arrests" out of "2,462 cases filed" in landlord tenant court in a two year period as reported in the "City", Article by Ishan

Thakore, February 17, 2022. Since, the police did make arrests the the locked out tenants obviously got access to their apartments. **Such constitutes a denial of equal protection under the 14th Amendment as the NYPD did not follow the law and Plaintiff is now homeless directly caused by their inaction.**

**As to NYPD management, namely Eric Sdams, Edward Caban, Tso Chen the numbers make clear that it is the custom and policy not to enforce the law regarding all types of illegal lockouts or evictions.**

**As such Plaintiff Jesse Goldstein is entitled to both compensatory and punitive damages.**

# J.P. MORGAN CHASE AND FDIC CHAIRMAN MARTIN GRUENBERG

**Conversion occurs when a person, with intent, and without authority, takes control over the property or money of another, and thereby obstructs the other's ability to possess their property or money.**

**Defendant J.P. Morgan Chase <u>converted</u> Plaintiff's $98,000 retro Social security award.**

The FDIC chairman Martin Greunberg obviously knows about Chase's corruption and allows it to go on, and requires that claimants, such as Plaintiff, wait at least 90 days before the FDIC even picks up the matter.    A 90 period for a social security

recipient receiving an unusually large award is obviously a green flag which says to get this person he/he is an older fraile social security recipient.

   _**A no risk steal!!!**_

There, the FDIC Chairman Martin Gruenberg, acting under color of law, did knowingly deprive Plaintiff of the use of his property in violation of the 14th Amendment of the Constitution which satisfies the requirements of 42 USC 1983.


# RELIEF REQUESTED

1. Jesse Goldstein requests a Declaratory Judgement that the two proceedings involving his New York law license be declared fraudulent. The facts and causes of action are provided in the Introduction section.

   One was a malicious prosecution and the other was a fixed Grievance Committee "proceeding" for the benefit of Guy James Mangano, Presiding Justice of the Appellate Division Second Department and engineered by disrobed Judge Barry Kamins.

2. Restitution of the $450,000 from his parents estate by the Clatemans and Martin Goldtstein MD, plus interest and punitive damages.

3. Compensatory damages from Jamie Dimon and JP Morgan Chase in the amounts of $130, 000 and $98,455, interest and punitive damages.

# IRREPARABLE HARM AND PARTICIPATION AFFIDAVIT

Plaintiff has already been duly sworn above and states that his present illegal homelessness constitutes irreparable harm which has proximately caused two hospitalizations, deprivation of a controlled environment so as to be able to use his Ozempic diabetes medication, has contracted serious edema in both legs and from the edema he has gained documentary 43 pounds in water weight.

As to UnitedHealthcare they participated in this matter in that the member card was in the stolen wallet which was returned, used during the homelessness period and misplaced. Therefore under FRCP 65 UnitedhealthCare can be bound by a TRO as they participated in this matter.

Similarly, the EBT was stolen by the Bowery Defendants and so the Human Resources Administration also participated in this matter which justifies the TRO issuance.

This above justifies the issuance of all TROs above in Plaintiff's EMERGENCY MEDICAL, FOOD AND HOUSING ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDERS AND PRELIMINARY INJUNCTION HEARINGS.

# **DAMAGES**

Plaintiff requests a jury trial and compensatory and punitive damages to be determined by the jury as the Bowery and the NYPD Defendants.

Plaintiff requests both compensatory and punitive damages against defendants Chase and Gruenberg in the amount  of 100 million dollars.


Signed

Jesse S. Goldstein, Esq.          Dated July 24, 2024

Jesse S. Goldstein, Esq.

PRIVATE ATTORNEY GENERAL