UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE S. GOLDSTEIN,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE BOWERY DEFENDANTS, et al.,<br><br>       Defendants. | 24cv5683 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 12, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 18, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge